STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

State of New Mexico, Plaintiff

v.

Case No: D-101-CR-2022-00105
Issued date: March 30th, 2023

Jeremy Lopez, Defendant
Aliases: Jeremy I Lopez

Espanola NM 87532

DOB:            1995  WEIGHT: 230 Lbs. EYES: Brown GENDER: Male
SSN:                  HEIGHT: 5 Ft. 6 In. HAIR: Brown

## BENCH WARRANT

THE STATE OF NEW MEXICO TO ANY OFFICER AUTHORIZED TO EXECUTE THIS WARRANT:

YOU ARE HEREBY COMMANDED to arrest **JEREMY LOPEZ**, and bring him/her forthwith before this Court to answer the following:
   Failure to comply with conditions of release

Grand Jury indictment / Criminal information filed on the following charges:
Armed Robbery

**Bond Provisions:**
Bond is set in the amount of: $

   Hold without Bond

**Extradition Information:**
The State will extradite the defendant from:
[X] Anywhere
[ ] Anywhere in the continental United States
[ ] Any contiguous State
[ ] Within New Mexico

_____
THE HONORABLE MARY MARLOWE SOMMER
DISTRICT JUDGE

RETURN

JEREMY LOPEZ was arrested and taken into custody on the 19th day of April, 2023.

Poren Sgt. D Trujillo #106 Pojoaque P.D _____

Page 1/2

GOVERNMENT EXHIBIT B

**9-211. Affidavit for bench warrant**
[For use with District Court Rule 5-209 NMRA,
Magistrate Court Rule 6-207 NMRA,
Metropolitan Court Rule 7-207 NMRA and
Municipal Court Rule 8-206 NMRA]

STATE OF NEW MEXICO
[COUNTY OF <u>SANTA FE</u>]
[CITY OF <u>SANTA FE</u>]
<u>DISTRICT</u> COURT

No. D-101-CR-2022-00105

[STATE OF NEW MEXICO]
[COUNTY OF <u>SANTA FE</u>]
[CITY OF <u>SANTA FE</u>]

v.

JEREMY LOPEZ, Defendant

### AFFIDAVIT FOR BENCH WARRANT

The undersigned, being duly sworn, on their oath, states that they have reason to believe that on or about the 30th day of <u>March</u>, <u>2023</u>, in the (*County*) (*City*) of <u>Santa Fe</u>, State of New Mexico, the above-named person:
(*Check appropriate box or boxes*)

- [ ] failed to appear at the time and place ordered by this court
- [ ] failed to appear as required by a subpoena issued by this court
- [ ] failed to appear in accordance with the conditions of release imposed by this court
- [ ] should appear for review of conditions of release previously imposed
- [ ] failed to pay fines or costs previously imposed
- [ ] failed to comply with conditions of probation
- [X] <u>failed to comply with conditions of release</u> (*describe contempt*)

The undersigned further states the following facts on oath to establish probable cause to believe that the above-named person: Jeremy Lopez

On March 30, 2023 at approximately 1913 hours, defendant Lopez's GPS Unit automatically sent out a Device Tamper alert. An audible and vibrate command were sent to the Defendant's GPS Unit. Contact was made with the Defendant at ▓▓▓▓▓▓ who stated that he was in the shower. That is likely the cause of the Tamper alert. This Officer advised the Defendant to send photos of his GPS Unit to which he agreed. At approximately 1922 hours the Defendant contacted the EMS Unit. He stated that he did not know what to do and that his ankle monitor had "come apart" while drying off from his shower. He stated that he hit the ankle monitor very hard on the side of the tub causing it to come apart. This Officer advised the Defendant to send photos and a video of the ankle monitor to which he agreed. At approximately 1924 hours, one photo was received showing the ankle monitor strap broken. The Defendant's last tracked location was his Inclusion Zone at 600 NM-76, Espanola, NM 87532. Contact was attempted at 1940 hours with no success. Contact was attempted at 1953 hours with no success. Text messages were also sent to the Defendant at ▓▓▓▓▓▓ at 1933, 1942, and 1953 hours with no response. The Defendant has Conditions of Release which stipulate that he must be on Electronic Monitoring and abide by all conditions set by the court including 24/7 house arrest. At this time, we are unable to track the Defendant due to the GPS Unit not being on his person. This is a violation and a warrant will be requested.



## ADMINISTRATIVE OFFICE OF THE COURTS
## ELECTRONIC MONITORING AND SUPERVISION PROGRAM

### REQUEST FOR BENCH WARRANT
### ELECTRONIC MONITORING RESPONSE

Date: **March 30, 2023**
To: The Honorable Mary Marlowe Sommer
RE: Jeremy Lopez   DOB: [REDACTED] 1995
Date Ordered to Pretrial: 04/01/2022
Case Number: D-101-CR-2022-00105

Charges: Armed Robbery; Attempt to Commit a Felony, to wit: Armed Robbery

The Court's Order Setting Conditions of Release include: Unsecured Bond; (b)Not possess any firearms or dangerous weapons; (c)Not return to the location of the alleged incident; (d)Not consume alcohol; (f)Not buy, sell, consume, or possess illegal drugs; (g)Notify the court of any change of address; Not leave the county of _____, State of _____ w/o prior; Maintain contact with atty/seek & consult w/an atty; (j)Avoid all contact with the alleged victim or any witness; GPS Tracking; (l)Reside at _____ unless otherwise agreed to by the court

Other Conditions:

After review and investigation, PTS believes that the defendant has violated the Court's Order Setting Conditions of Release. Therefore, it is respectfully requested that a bench warrant be issued for the Defendant's arrest; and that the Defendant be held without bond pending an Initial Violation Hearing.

**XX** Intentional removal or tampering with GPS unit.           ☐ Dead GPS battery

☐ Exclusion Zone                    ☐ House Arrest               ☐ Geographic Region violation.

☐ Curfew violation by more than one hour.

### Violation Details

On March 30, 2023 at approximately 1913 hours, defendant Lopez's GPS Unit automatically sent out a Device Tamper alert. An audible and vibrate command were sent to the Defendant's GPS Unit. Contact was made with the Defendant at [REDACTED] who stated that he was in the shower. That is likely the cause of the Tamper alert. This Officer advised the Defendant to send photos of his GPS Unit to which he agreed. At approximately 1922 hours the Defendant contacted the EMS Unit. He stated that he did not know what to do and that his ankle monitor had "come apart," while drying off from his shower. He stated that he hit the ankle monitor very hard on the side of the tub causing it to come apart. This Officer advised the Defendant to send photos and a video of the ankle monitor to which he agreed. At approximately 1924 hours, one photo was received showing the ankle monitor strap broken. The Defendant's last tracked location was his Inclusion Zone at 600 NM-76, Espanola, NM 87532. Contact was attempted at 1940 hours with no success. Contact was attempted at 1953 hours with no success. Text messages were also sent to the Defendant at [REDACTED] at 1933, 1942, and 1953 hours with no response. The Defendant has Conditions of Release which stipulate that he must be on Electronic Monitoring and abide by all conditions set by the court including 24/7 house arrest. At this time, we are unable to track the Defendant due to the GPS Unit not being on his person. This is a violation and a warrant will be requested.

### Last Known Location

600 NM-76, Espanola, NM 87532