# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa, United States Magistrate Judge

Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 23-MJ-714-LF | UNITED STATES vs. Lopez | |
| Hearing Date: | 1/9/2024 | Time In and Out: | 10:10 a.m. – 10:14 a.m. |
| Courtroom Deputy: | C. Padilla | Courtroom: | Rio Grande |
| Defendant: | Jeremy Isaac Lopez | Defendant's Counsel: | Rachel N. Jacobs |
| AUSA: | Robert J. Booth | Pretrial/Probation: | George Rodriguez |
| Interpreter: | | Witness: | |

## Proceedings

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Defendant waives right to contest detention
- ☐ Defendant requests
- ☐ Government

## Custody Status

- ☒ Defendant to remain in custody
- ☐ Conditions

## Other Ruling

☐