FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 3 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24-0096 JB |
| vs. | ) Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi): Possession with Intent to Distribute 40 Grams and More of a Mixture and Substance Containing Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); |
| JEREMY ISAAC LOPEZ, | ) |
| Defendant. | ) Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii): Possession with Intent to Distribute 5 Grams and More of Methamphetamine; |
| | ) Count 3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute Heroin. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about April 19, 2023, in Santa Fe County, in the District of New Mexico, the defendant, **JEREMY ISAAC LOPEZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 40 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi).

Count 2

On or about April 19, 2023, in Santa Fe County, in the District of New Mexico, the defendant, **JEREMY ISAAC LOPEZ**, unlawfully, knowingly, and intentionally possessed with the intent to distribute a controlled substance, and the offense involved five grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

Count 3

On or about April 19, 2023, in Santa Fe County, in the District of New Mexico, the defendant, **JEREMY ISAAC LOPEZ**, unlawfully, knowingly, and intentionally possessed with the intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney