IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                   Cause No. 24-CR-96 JB

JEREMY ISAAC LOPEZ,

        Defendant.

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW JEREMY ISAAC LOPEZ, through his undersigned attorney, and moves this Court to continue the sentencing hearing currently set for October 9, 2024. As grounds for this motion, Mr. Lopez states the following:

1. On July 11, 2024, Mr. Lopez pled guilty to Counts 1-3 of his Indictment, charging him with possession with intent to distribute B-level fentanyl and methamphetamine and C-level heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), (b)(1)(B)(viii), and (b)(1)(C).

2. On July 12, 2024, the Court set this matter for sentencing on October 9, 2024. (Doc. 34).

3. The Presentence Investigation Report ("PSR") was filed on September 11, 2024. (Doc. 35).

4. Federal Rule of Criminal Procedure 32(e)(2) requires at least a 35-day period between disclosure of the Presentence Report and the sentencing date. There are only 28 days in between the disclosure of the PSR and the currently scheduled sentencing date.

5. Undersigned counsel requires time with Mr. Lopez to review the Presentence Report, file any objections and a sentencing memorandum, and otherwise prepare for sentencing.

6. Mr. Lopez also requires additional time to finish gathering letters and records for Court.

7. Further, the United States Attorney's Office has requested additional information to satisfy safety valve requirements.

8. Approximately forty-five (45) additional days are necessary for undersigned counsel to meet with Mr. Lopez and complete the foregoing tasks.

9. The requested continuance will not give rise to a Speedy Trial Act violation. Fed. R. Crim. P. 32(b)(1) rather than the Speedy Trial Act governs time to sentencing. Rule 32 establishes that courts must impose sentence without unnecessary delay. Fed. R. Crim. P. 32(b)(1). Fed. R. Crim. P. 45 provides courts with authority to extend the time a party has to perform an act for good cause, although "without unnecessary delay" is not a precise quantity of days as many deadlines within the Rules are. Rule 45 allows time to be extended for good cause. Good cause exists here.

10. Assistant United States Attorney Robert James Booth, II, does not object to the requested continuance.

WHEREFORE, for the foregoing reasons, Defendant Jeremy Isaac Lopez respectfully requests that this Honorable Court vacate and continue the sentencing hearing of October 9, 2024, for approximately forty-five (45) days.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489

*Electronically filed (September 13, 2024)*
By: /s/ Rachel Nathanson Jacobs
RACHEL NATHANSON JACOBS
Assistant Federal Public Defender